# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LaQuanda H., | Case No. 2:24-cv-01539-DJA |
| Plaintiff, | |
| v. | **Order to Show Cause** |
| Social Security, | |
| Defendant. | |

On September 4, 2024, the Court ordered Plaintiff to either pay the filing fee or apply to proceed *in forma pauperis* (meaning without paying the filing fee). The Court gave Plaintiff until October 4, 2024, to comply. To date, Plaintiff has not filed anything further on the docket. The Court will give Plaintiff one final opportunity to either pay the filing fee or file an application to proceed *in forma pauperis*. Failure to do so will result in the dismissal of Plaintiff's case without prejudice.[1] *See* Fed. R. Civ. P. 41(b). A dismissal without prejudice allows Plaintiff to refile a case with the Court, under a new case number.

**IT IS THEREFORE ORDERED** that Plaintiff must either pay the filing fee or apply to proceed *in forma pauperis* on or before **September 3, 2025**. **Failure to comply with this order will result in the dismissal of this case without prejudice**.

---

[1] This case has been assigned to the magistrate judge consent program. (ECF No. 3). Because Plaintiff has not declined consent within twenty-one days of Plaintiff's first appearance, Plaintiff has consented to the undersigned magistrate judge determining Plaintiff's case under 28 U.S.C. § 636.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send the following to Plaintiff: (1) a copy of this order; and (2) a copy of the form application to proceed *in forma pauperis* and its instructions.[2]

DATED: August 4, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] This application form can be found online at https://www.nvd.uscourts.gov/courtinformation/forms/ under Code AO 240.